UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUANNE HESS

              Plaintiff(s),

              v.

FREMONT UNIFIED SCHOOL DISTRICT

              Defendant(s).

CASE NO. C-08-02400 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process (SEE ATTACHMENT)
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/22/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| JAMES M. MARZAN, ESQ. | DEFENDANT FREMONT USD | (925) 827-3300 | JMARZAN@ESMLAWFIRM.COM |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/22/08

E-SIGNED FOR
CHARLES C. WILLIAMS
Attorney for Plaintiff

Dated: 8/22/08

Attorney for Defendant

Rev 12.05

## ATTACHMENT TO NOTICE OF NEED FOR ADR PHONE CONFERENCE

RE:  <u>LUANNE HESS v. FREMONT UNIFIED SCHOOL DISTRICT</u>

Please be advised that the parties conducted an ADR Phone Conference on August 19, 2008, in <u>Dot Eggerling v. Fremont Unified School District</u>, Case No.: C08-2401 JSW.