# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: **August 22, 2008**          **Court Reporter**: Kathy Wyatt

**CASE NO.:  RELATED CASES:**
              **C-08-2399  JSW**
              **C-08-2400 JSW**
              **C-08-2401 JSW**

**TITLE:**  William Hess v. Fremont Unified School District

       Luanne Hess v. Fremont Unified School District

       Dot Eggerling v. Fremont Unified School District

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Charles Williams          James Marzan

**PROCEEDINGS:   Initial Case Management Conference**

**RESULTS:**     Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by August 29, 2008.

Counsel shall file any Motion to Strike / Motion to Stay by 9-2-08.
Counsel indicate that they will file a stipulation / proposed order to consolidate these three cases.

**ADR:  Early Neutral Evaluation to be completed by 4-15-09**

**Close of fact discovery:  4-15-09**

**Close of Expert discovery:  7-1-09**

**Further Case Management Conference:  5-15-09 at 1:30 p.m.**
**Joint case management statement due:  5-8-09**

**Hearing on dispositive motions (if any):  7-7-09 at 9:00 a.m.**

**Pretrial Conference:9-21-09 at 2:00 p.m.**

**Bench Trial: 10-19-09 at 8:30 a.m. (7 - 10 day est.**