1  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
2  EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320

5  Attorneys for Defendant
   FREMONT UNIFIED SCHOOL DISTRICT
6

7

8                   UNITED STATES DISTRICT COURT

9            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LUANNE HESS,                          ) CASE NO.:  C-08-02400 JSW
                                         )
12         Plaintiff,                    )
                                         )
13    vs.                                ) [PROPOSED] ORDER GRANTING
                                         ) MOTION TO STAY ACTION PENDING
14 FREMONT UNIFIED SCHOOL DISTRICT,      ) RESOLUTION OF CLAIMS PENDING IN
   a public entity,                      ) CONCURRENT STATE ACTIONS
15                                       )
                                         ) **Date: October 17, 2008**
16         Defendant.                    ) **Time:  9:00 a.m.**
                                         ) **Courtroom:  2**
17                                       )
                                         )
18                                       )
                                         )
19
       The motion of defendant, FREMONT UNIFIED SCHOOL DISTRICT for an Order
20
   Staying Further Federal Proceedings in this case pending resolution of claims pending in
21
   concurrent State court actions case regularly for hearing by me this 17th day of October, 2008.
22
       The court, having considered the papers submitted, the arguments of counsel and the
23
   contents of the court file, determines that wise judicial administration dictates that this action by
24
   stayed until resolution of the pending state court actions.
25
       IT IS SO ORDERED.
26

27

28

                                           1
   [Proposed] Order Re: Motion for Stay

DATED: September 2, 2008

_____
JUDGE OF THE FEDERAL DISTRICT COURT

2

[Proposed] Order Re: Motion for Stay