PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HESS, | ) **ALL RELATED CASES:** |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NO.: CV08-02399 JSW** |
|  | ) **CV08-02400 JSW** |
|  | ) **CV08-02401 JSW** |
| FREMONT UNIFIED SCHOOL DISTRICT, a public entity, | ) |
|  | ) **STIPULATION TO CONSOLIDATE CASES AND** ~~PROPOSED~~ **ORDER** |
| Defendant. | ) |
| LUANNE HESS, | ) |
| Plaintiff, | ) |
| FREMONT UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |
| DOT EGGERLING, | ) |
| Plaintiff, | ) |
| FREMONT UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |

//

---

1

Stipulation and ~~Proposed~~ Order to Consolidate Cases

IT IS HEREBY STIPULATED and agreed to by the parties hereto, through their respective attorneys of record, that the above-actions be consolidated for all purposes including Trial, under case name and number: <u>WILLIAM HESS vs. FREMONT UNIFIED SCHOOL DISTRICT</u>, Case No. CV08-02399 JSW.

It is further stipulated that the stipulation may be executed in counterpart and the separate signatures treated as one document through incorporation by reference and that any facsimile signatures of counsel on the stipulation may be treated as the original execution of the stipulation by that counsel.

DATED: 9/11, 2008

CHARLES G. WILLIAMS, Esq.
Attorney for Plaintiffs WILLIAM HESS,
LUANNE HESS and DOT EGGERLING

DATED: 9/15, 2008

EDRINGTON, SCHIRMER & MURPHY

JAMES M. MARZAN, Esq.
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

### ORDER

GOOD CAUSE APPEARING THEREFORE: IT IS HEREBY ORDERED that United States District Court cases bearing the numbers CV08-02399, CV08-02400, and CV08-02401 are consolidated for all purposes, including trial, under Case No. CV08-02399.

DATED: September 15, 2008

JUDGE OF THE UNITED STATES DISTRICT COURT