```
 1  JOHN N. KITTA, ESQ. (SBN 71504)
    A.K. ABRAHAM (SBN 86870) Of Counsel
 2  JOHN N. KITTA & ASSOCIATES
    39560 Stevenson Place, Suite 217
 3  Fremont, CA 95436
    Telephone: 510.797.7990
 4  Fax: 510.745.8606
 5
    CHARLES G. WILLIAMS (SBN 172907)
 6  ATTORNEY AT LAW
    4910 Seneca Park Loop
 7  Fremont, CA 9453855
    Telephone: 510.659.1953
 8  Attorneys for Plaintiff
 9  LUANNE HESS

10
    PETER P. EDRINGTON, Esq. (074355)
11  JAMES M. MARZAN, Esq. (133931)
    EDRINGTON, SCHIRMER & MURPHY
12  2300 Contra Costa Boulevard, Suite 450
    Pleasant Hill, CA  94523-3936
13  Telephone:  (925) 827-3300
    Facsimile:   (925) 827-3320
14
    Attorneys for Defendant
15  FREMONT UNIFIED SCHOOL DISTRICT
```

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANNE HESS, | CASE NO.: C-08-02400 JSW |
| Plaintiff, | |
| vs. | **ORDER RE: RE-INSTATEMENT OF DEFENDANT'S REQUEST FOR JURY TRIAL** |
| FREMONT UNIFIED SCHOOL DISTRICT, a public entity, | |
| Defendant. | |

1

Order re: Reinstatement of Defendant's Request for Jury Trial

1  Pursuant to the Stipulation of the parties and good cause appearing therefore, IT IS
2  ORDERED that defendant FREMONT UNIFIED SCHOOL DISTRICT's demand for jury trial,
3  as requested in its Answer and Amended Answer, is hereby re-instated and the trial of this
4  matter, presently scheduled for October 19, 2009, shall proceed as a jury trial.
5  IT IS SO ORDERED.
6  
  DATED: September 15, 2008
7  
8  
9  JUDGE OF THE FEDERAL COURT

---

2

Order re: Reinstatement of Defendant's Request for Jury Trial